```
YAJAII DENISE WILLIAMS         FINGERHUT                      TOWER LOAN
5600 KEELE ST, APT 1307        6250 RIDGEWOOD ROAD            ATTN: BANKRUPTCY
JACKSON, MS 39206              SAINT CLOUD, MN 56303          PO BOX 320001
                                                              FLOWOOD, MS 39232

THOMAS C. ROLLINS, JR.         INTERNAL REVENUE SERVI         US ATTORNEY GENERAL
THE ROLLINS LAW FIRM, PLLC     CENTRALIZED INSOLVENCY         US DEPT OF JUSTICE
P.O. BOX 13767                 P.O. BOX 7346                  950 PENNSYLVANIA AVENW
JACKSON, MS 39236              PHILADELPHIA, PA 19101-7346    WASHINGTON, DC 20530-0001

BANK OF MISSOURI               INTERNAL REVENUE SERVI         VERVE
216 W 2ND ST                   C/O US ATTORNEY                P.O. BOX 8099
DIXON, MO 65459                501 EAST COURT ST              NEWARK, DE 19714
                               STE 4.430
                               JACKSON, MS 39201

CHIME                          LENDING CLUB                   WOMEN'S CLINIC
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY               PO BOX 22663
101 CALIFORNIA STREET          595 MARKET STREET              JACKSON, MS 39225
SUITE 500                      SUITE 200
SAN FRANCISCO, CA 94111        SAN FRANCISCO, CA 94105

CHIMEFINAL                     LVNV FUNDING LLC
ATTN: BANKRUPTCY               PO BOX 1269
PO BOX 417                     GREENVILLE, SC 29602
SAN FRANCISCO, CA 94104

COMENITY BANK                  MERRICK BANK CORP
ATTN: BANKRUPTCY               PO BOX 9201
P.O.BOX 182273                 OLD BETHPAGE, NY 11804
COLUMBUS, OH 43218

CREDIT ONE                     MS DEPT OF REVENUE
PO BOX 98872                   BANKRUPTCY SECTION
LAS VEGAS, NV 89193            PO BOX 22808
                               JACKSON, MS 39225-2808

DAVE                           POSSIBLE FINANCE
265 S COCHRAN AVE              ATTN: BANKRUPTCY DEPT
LOS ANGELES, CA 90019          PO BOX 98686
                               LAS VEGAS, NV 89193

DRIVER SOLUTIONS               RAPID LEND INSTALLMENT
1960 TEAKWOOD DR               9701 E 25TH HWY
JACKSON, MS 39212              BELLEVIEW, FL 34420
```