# United States Bankruptcy Court
## Southern District of Mississippi

In re **Yajaii Denise Williams**

Debtor(s)

Case No. **26-00256**

Chapter **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **March 18, 2026**

**/s/ Yajaii Denise Williams**
**Yajaii Denise Williams**
Signature of Debtor

YAJAII DENISE WILLIAMS
5600 KEELE ST, APT 1307
JACKSON, MS 39206

FINGERHUT
6250 RIDGEWOOD ROAD
SAINT CLOUD, MN 56303

RAPID LEND INSTALLMENT
9701 E 25TH HWY
BELLEVIEW, FL 34420

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

BANK OF MISSOURI
216 W 2ND ST
DIXON, MO 65459

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

CHIME
ATTN: BANKRUPTCY
101 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO, CA 94111

JACOBS & CARTER ***
1370 VALLEY VISTA DR
DIAMOND BAR, CA 91765

VERVE
P.O. BOX 8099
NEWARK, DE 19714

CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104

LENDING CLUB
ATTN: BANKRUPTCY
595 MARKET STREET
SUITE 200
SAN FRANCISCO, CA 94105

WOMEN'S CLINIC
PO BOX 22663
JACKSON, MS 39225

COMENITY BANK
ATTN: BANKRUPTCY
P.O.BOX 182273
COLUMBUS, OH 43218

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

CREDIT ONE
PO BOX 98872
LAS VEGAS, NV 89193

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE, NY 11804

DAVE
265 S COCHRAN AVE
LOS ANGELES, CA 90019

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

DRIVER SOLUTIONS
1960 TEAKWOOD DR
JACKSON, MS 39212

POSSIBLE FINANCE
ATTN: BANKRUPTCY DEPT
PO BOX 98686
LAS VEGAS, NV 89193