**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                    CHAPTER 13:

YAJAII DENISE WILLIAMS                                    CASE NO. 26-00256-JAW

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW, Semoune Ellis on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Objection to Confirmation and in support thereof, would show unto the Court the following:

1. Section 1308 of the Bankruptcy Code provides, "…if the debtor was required to file a tax return under applicable nonbankruptcy law, the debtor shall file with appropriate tax authorities all tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition."

2. The timely filed Department of Treasury - Internal Revenue Service claim (7-1) indicates the Debtor's 2025 tax return has not been filed.

3. Pursuant to the Code, Debtors are required to file all Federal and State tax returns for all taxable periods due prior to confirmation of the plan.

4. Additionally, the Debtor testified during the 341 Meeting of Creditors that she would file her 2025 tax return on March 11, 2026.

5. The Debtor should be required to submit a copy of the *completed, signed,* and *filed* 2025 tax return to the Trustee and pay any potential tax liability through the plan.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Objection be received and filed and at the hearing hereon an Order be entered denying the Confirmation, or in the alternative, the Debtor should be required to submit a copy of the *completed, signed,* and *filed* 2025 Federal and State tax returns to the Trustee within **seven (7) days** of this Objection and pay

any tax liability through the Plan; and any other general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: March 23, 2026

Respectfully Submitted,

/s/ *Semoune Ellis*
Semoune Ellis, MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

**CERTIFICATE OF SERVICE**

I, Semoune Ellis, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Objection to Confirmation to the following, all by electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtor(s):**

Thomas C. Rollins, Jr., MSB# 103469
Jennifer A. Curry Calvillo, MSB#104367
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com
        jennifer@therollinsfirm.com

DATED: March 23, 2026

/s/ *Semoune Ellis*
Semoune Ellis