_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 15, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                             **CHAPTER 13:**

**YAJAII DENISE WILLIAMS**               **CASE NO. 26-00256-JAW**

### ORDER WITHDRAWING OBJECTION TO
### CONFIRMATION OF CHAPTER 13 PLAN

**THIS MATTER** came before the Court on the Trustee's Objection to Confirmation of Plan (Docket #23). The Court, having fully considered the matter, is advised that the Trustee requests to withdraw the Objection as the issues presented in the Objection have been resolved.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Objection to Plan Confirmation is hereby withdrawn as the Debtor submitted copies of the signed 2025 tax return to the Trustee and the Internal Revenue Service. Subsequently, the Internal Revenue Service amended their proof of claim (Claim 7-2) on April 7, 2026.

**##END OF ORDER##**

**SUBMITTED BY:**

/s/ *Semoune Ellis*
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com