United States Bankruptcy Court

Southern District of Mississippi

In re:

Yajaii Denise Williams

    Debtor

Case No. 26-00256-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 24, 2026 | Form ID: n031 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yajaii Denise Williams, 5600 Keele St, Apt 1307, Jackson, MS 39206-2039 |
| 5618901 | | Dave, 265 S Cochran Ave, Los Angeles, CA 90019 |
| 5618902 | + | Driver Solutions, 1960 Teakwood Dr, Jackson, MS 39212-2534 |
| 5639955 | + | Jacobs & Carter, 1370 Valley Vista Dr, Diamond Bar, CA 91765-3911 |
| 5618911 | | Rapid Lend Installment, 9701 E 25th Hwy, Belleview, FL 34420 |
| 5618915 | + | Women's Clinic, PO Box 22663, Jackson, MS 39225-2663 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5618896 | + | Email/Text: nlorenz@bankofmissouri.com | Apr 24 2026 19:45:00 | Bank of Missouri, 216 W 2nd St, Dixon, MO 65459-8048 |
| 5618914 | | Email/Text: cfcbackoffice@contfinco.com | Apr 24 2026 19:45:00 | Verve, P.O. Box 8099, Newark, DE 19714 |
| 5618897 | + | Email/Text: omx-bnc-bk-notices@chime.com | Apr 24 2026 19:45:00 | Chime, Attn: Bankruptcy, 101 California Street, Suite 500, San Francisco, CA 94111-3580 |
| 5618898 | + | Email/Text: omx-bnc-bk-notices@chime.com | Apr 24 2026 19:45:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5618899 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2026 19:45:00 | Comenity Bank, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 5618900 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 24 2026 19:54:43 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5618903 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 24 2026 19:54:40 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5618905 | + | Email/Text: ebone.woods@usdoj.gov | Apr 24 2026 19:45:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5618904 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2026 19:45:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5639156 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 24 2026 19:45:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5618907 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2026 19:54:40 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5620299 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2026 19:54:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5618906 | + | Email/Text: Documentfiling@lciinc.com | Apr 24 2026 19:45:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 5648352 | + | Email/Text: Documentfiling@lciinc.com | Apr 24 2026 19:45:00 | LendingClub Bank, NA, P O Box 884268, Los Angeles CA 90088-4268 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 24, 2026 | Form ID: n031 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 5625039 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 24 2026 19:54:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5618909 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Apr 24 2026 19:45:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5618908 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 24 2026 19:54:40 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5618910 | | Email/Text: bankruptcy@possiblefinance.com | Apr 24 2026 19:45:00 | Possible Finance, Attn: Bankruptcy Dept, Po Box 98686, Las Vegas, NV 89193 |
| 5631944 | | Email/Text: bnc-quantum@quantum3group.com | Apr 24 2026 19:45:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5618912 | | Email/Text: bankruptcy@towerloan.com | Apr 24 2026 19:45:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5633521 | + | Email/Text: bankruptcy@towerloan.com | Apr 24 2026 19:45:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5618913 | ^ | MEBN | Apr 24 2026 19:43:09 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Yajaii Denise Williams trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:**  26−00256−JAW
**Chapter:**  13

**In re:**

Yajaii Denise Williams
fka Yahaii Sibore Williams−Thomas
5600 Keele St, Apt 1307
Jackson, MS 39206

Notice of Entry of Order Confirming Plan

The Court entered an Order on April 24, 2026 (Dkt. # 27 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 24, 2026

Danny L. Miller, Clerk of Court